1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

11  ANGELA J.,[1]

Case No. 2:22-cv-566-MAR

12              Plaintiff,

JUDGMENT

13        v.

14  KILOLO KIJAKAZI,
    Acting Commissioner of Social Security,

15              Defendant.

16

17        Pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS ADJUDGED** that the

18  decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

19

20  DATED:  November 02, 2022

21
22
23                                        _____
                                          HON. MARGO A. ROCCONI
                                          UNITED STATES MAGISTRATE JUDGE
24
25
26
27  _____
    [1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the
28  recommendation of the Committee on Court Administration and Case Management of the Judicial
    Conference of the United States.